UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

NATHAN WEEDEN,

**INDICTMENT**

        Defendant.

_____/

    The Grand Jury charges:

## COUNT 1
(Conspiracy Against Rights)

From on or about September 15, 2019, and continuing through on or about

September 25, 2019, in Houghton County, in the Northern Division of the Western

District of Michigan and elsewhere,

**NATHAN WEEDEN**

knowingly and willfully conspired and agreed with R.T., Y.B., and other persons

known and unknown to the grand jury, to injure, oppress, threaten, and intimidate

non-white and Jewish citizens of the United States, including members and guests

of the Temple Jacob Synagogue, in the free exercise and enjoyment of the right,

secured by the Constitution and laws of the United States, to hold (i.e., to use) real

and personal property in the same manner as that right is enjoyed by white

citizens, as guaranteed by Title 42, United States Code, Section 1982.

## PURPOSE OF THE CONSPIRACY

A plan and purpose of the conspiracy was to injure, oppress, threaten, and intimidate persons in their right to hold (i.e., to use) real and personal property by damaging and vandalizing property associated with non-white and Jewish citizens, including members and guests of the Temple Jacob Synagogue, to show the strength and cohesion of "The Base," a multi-state white supremacist organization to which Weeden and his co-conspirators belonged.

## MANNER AND MEANS

In furtherance of the conspiracy, Weeden and his co-conspirators did the following:

1.      Used an encrypted messaging application to discuss a coordinated effort to damage and vandalize non-white and Jewish owned or associated properties, in what they called "Operation Kristallnacht."

2.      On or about September 15, 2019, R.T., a New Jersey-based member of The Base, sent Weeden, Y.B., and others a message through the encrypted messaging application directing them, "Between September 20th-25th[,]" to "vandalize" and "Focus on broad anti-white elements for now," including "Nigger cars, jew businesses etc."

3.      On or about September 17, 2019, R.T. sent another message through the encrypted messaging application directing members of The Base, as a part of their upcoming "Operation Kristallnacht[,]" to "Smash the glass, Slash the tires, leave the symbol of our revolution wherever you go, and burn whatever you please";

"strike at the vulnerable lemmings, traitors, and their jewish puppet masters"; and to "Find your targets, do reconnaissance, and STRIKE when the time comes."

4.     On or about September 17, 2019, Y.B. and other members of The Base replied, "Sieg Heil" in response to R.T.'s September 17, 2019 "Operation Kristallnacht" message.

5.     On or about September 21, 2019, Y.B. spray-painted anti-Semitic symbols and language on the building of Beth Israel Sinai Congregation, a Jewish synagogue in Racine, Wisconsin.

6.     On or about September 21, 2019, Weeden spray-painted swastikas and symbols associated with "The Base" on the building of Temple Jacob, a Jewish synagogue in Hancock, Michigan.

7.     Shortly after Weeden vandalized the building of Temple Jacob, Weeden sent a message over the encrypted messaging application saying, "I did! Went good! Got articles written!!"

18 U.S.C. § 241

## COUNT 2
(Damaging Religious Property)

At all times material to this indictment, Temple Jacob was an organization consisting of Jewish members and guests who regularly gathered to worship and conduct religious, cultural, and community activities in a synagogue located at 301 Front Street, Hancock, Michigan.

On or about September 21, 2019, in Houghton County, in the Northern Division of the Western District of Michigan,

### NATHAN WEEDEN

intentionally defaced, damaged, and destroyed religious real property, that is, the Temple Jacob Synagogue, because of the race and ethnic characteristics of any individual associated with that religious property.

18 U.S.C. § 247(c)
18 U.S.C. § 247(d)(5)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney