UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

NATHAN WEEDEN

    Defendant(s).

Case No. 2:23-cr-7

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> FBI interviews 4/24/18, 10/29/20, 9/8/21

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by July 12, 2023.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> FBI interviews 10/29/20, 9/8/21
> Recording of defendant's "vetting" interview by "The Base" 6/9/2019

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by July 12, 2023.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☐ Drug Paraphernalia  ☐ Drug Records  ☐ Inventory (attached)
- ☐ Controlled Substances: _____
- ☒ Records: MTU firearms check in/out records
- ☐ Firearms: _____
- ☒ Other: Photos, chats, audio and video recordings, iPhone extraction

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☐ State
- ☒ Federal:
  - Case No. NJ 20-mj-2125   Re: Google accounts
  - Case No. MIW 2:20-mj-53   Re: iPhone
  - Case No. _____   Re: _____

☒ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: SA John Fortunato or SA Aaron Erkkinen, FBI

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☐ Drug Analysis  ☐ Handwriting  ☐ Fingerprints
- ☐ DNA  ☐ Firearms/Nexus  ☐ Gun Operability
- ☐ Computer Forensics  ☒ Other: Cell phone extraction (Cellebrite)

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

      F.    <u>Notice Under FRE 404(b)</u>

☐   The Government does not presently intend to introduce 404(b) evidence.

☒   The Government does presently intend to introduce the following 404(b) evidence:

> 2018 investigation re: online bomb threats (Identity, Motive)

☐   The Government will provide pretrial notice of 404(b) evidence by _____ .

      G.    <u>Other Discovery Matters</u>

II. **TRIAL**
   A. The Government requests a ☒ jury ☐ non-jury trial.
   B. The length of trial excluding jury selection is estimated at    **1 week**    .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☐ Government's plea negotiation policy:

> No concessions for pleas entered less than two weeks before final pretrial conference.

Date     June 30, 2023                         Nils R. Kessler
                                                                 Counsel for the United States