# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v.    Nathan Weeden | Mag. Judge:  Maarten Vermaat |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:23-cr-7-RJJ | 7/17/2023 | 9:30 am - 9:54 am (on the record from 9:49 am - 9:54 am) | Marquette | |

**APPEARANCES:**

| Government: Nils Kessler | Defendant: Beth LaCosse | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, 2 Counts | Read __ <br> Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance <br> __ Arraignment: <br>    __mute   __nolo contendre <br>    __not guilty   __guilty <br> ✓ Initial Pretrial Conference <br> __ Detention   (waived __) <br> __ Preliminary   (waived __) <br> __ Rule 5 Proceeding <br> __ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> ✓ Other: Scheduling Conference | __ Defendant's Rights <br> __ Waiver of _____ <br> __ Consent to Mag. Judge for _____ <br> __ Other: _____ <br> _____ <br> _____ <br> Court to Issue: <br> __ Report & Recommendation <br> __ Order of Detention <br> __ Order to file IPTC Statements <br> __ Bindover Order <br> __ Order Appointing Counsel <br> __ Other: _____ | Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> Presentence Report: <br>   __Ordered   __Waived <br> __ Plea Accepted by the Court <br> __ No Written Plea Agreement <br><br> **EXPEDITED RESOLUTION** <br><br> __ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Hearing was held by video conference at the request of Defendant and with consent of both parties. <br> Defense counsel's oral EOJ motion was granted by the Court and trial will be placed on Judge Jonker's October 2 trial docket. <br> Counsel have to discuss the pending motion for protective order because regarding whose responsibility it is to redact information. | Imprisonment: _____ <br> Probation: _____ <br> Supervised Release: _____ <br> Fine: $ _____ <br> Restitution: $ _____ <br> Special Assessment: $ _____ <br> Plea Agreement Accepted: __Yes __No <br> Defendant informed of right to appeal: __Yes __No <br> Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**  Digitally Recorded via Zoom | **Courtroom Deputy:**  C. Moore |