April 5, 2024

Dear Judge Jonker,

My name is Paul Rayment, and I am writing to provide a character reference for Nathan Weeden, who has been a good friend of mine for the past four years. We originally met at St. Albert's, the local Church nearest to Michigan Tech University, which we were both attending at the time.

Nathan volunteered at the Church, where he assisted with adult faith formation, and he helped me go through the confirmation process, becoming my confirmation sponsor. I have also seen him volunteering at other local events, especially those organized by the local crisis pregnancy center.

In addition to his contributions to the community, Nathan has also been a very good friend to me personally. He is someone I deeply trust, and he was always willing to lend a hand when we were roommates.

I know that Nathan is not a perfect man, but I implore you to be clement when deciding his sentence. I hope you take into account his personal growth over the last few years and his positive effect on his community, especially for a mistake that occurred almost six years ago.

Sincerely,
Paul Rayment

Dear Judge Jonker,

    I am Nathan's wife and first met him after Mass in July, 2019. During the trial it was difficult for me to see the hateful statements that Nathan made online that espoused ideologies incongruent with Catholic teaching. Nathan and I have had many theological discussions on the applications of Catholic teaching to the current political situation. While there is room in the church for disagreement on some issues there are also issues on which Catholic teaching is definitive, such as the teachings on religious liberty. Over the years Nathan has adopted more moderate views and has repeatedly told me that he knows that vandalizing a synagogue was and is immoral.

    The person that Nathan may have presented himself as online is very different from the person that I know and love in real life. Over the years I have gotten to know Nathan's friends. Nathan readily befriends people of different races and religious beliefs. During most of the time that I was dating him, he lived in a house with 3 other guys, two of whom I shall be referring to as M and E. M was an Arab from the Gulf States. He was only there for a short time but during that time Nathan acted in a friendly and inclusive manner towards him. E is Asian and agnostic. I got to know E fairly well and he was a groomsman at our wedding.

    Over time Nathan's world views have matured and he has come to see things with more nuance. In real life I have always observed Nathan to personally treat people of other races and religions with respect.

    Regards,

    Shaina Royer-Weeden